| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Scott Day Freeman (019784) |
| 2 | 3003 North Central Avenue, Suite 2600 |
| | Phoenix, Arizona 85012-2913 |
| 3 | Telephone: (602) 916-5000 |
| | Facsimile: (602) 916-5538 |
| 4 | sfreeman@fclaw.com |
| 5 | Attorneys for Defendants Purcell |
| | Properties, L.P., and Purcell Tire Company |
| 6 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 10 | Adam Christopher Maya, an unmarried adult, | Case No.: 2:11-cv-00269-PHX-JAT |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | Purcell Properties, LP, a Missouri corporation; Purcell Tire Company, Inc., a Missouri corporation; Purcell's Western Tire, a sole proprietorship; Robert G. Purcell and Juanita Purcell, husband and wife; Black Corporations I-V; White Partnerships I-V; John Does I-V; and Jane Does I-V, | **MOTION IN LIMINE NO. 4 EXPERT LIMITED TO WRITTEN REPORT** |
| 17 | Defendants. | |

Defendants hereby move this Court for an order excluding at the time of trial any expert opinions or other expert testimony that go beyond any scientifically competent opinions set forth in Plaintiff's expert report. It is respectfully submitted that this motion should be granted in its entirety for the reasons set forth below.

Plaintiff disclosed Frank Gomer as a testifying expert on the issue of liability. Pursuant to Fed. R. Civ. Proc. 26(a)(2), Plaintiff was required to disclose the identity of anyone whom Plaintiff intended to offer evidence under Fed. R. Evid. 702, 703, or 705. *See* Plaintiff's Expert Disclosure Statement attached as Exhibit A. In addition, for any such purported expert, Plaintiff also was required to produce a written report, signed by the expert, that includes

(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

(ii) the facts or data considered by the witness in forming them;

(iii) any exhibits that will be used to summarize or support them;

(iv) the witness's qualifications, include a list of all publications authored in the previous 10 years;

(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

Fed. R. Civ. Proc. 26(a)(2)(B); *see* Report of Frank Gomer, attached as Exhibit B.

Mr. Gomer was not deposed in this case. Accordingly, with respect to evaluating Mr. Gomer's opinions and their appropriateness for use at trial, the Court and Plaintiff should be limited strictly to only those competent opinions set forth in Mr. Gomer's written report and supported with the requisite supporting facts and data. Fed. R. Civ. Proc. 26(a)(2)(B); Fed. R. Evid. 702; *see also General Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997)(stating that "nothing in either *Daubert* or the Federal Rules of Evidence requires a district court to admit opinion evidence which is connected to existing data only by the *ipse* dixit of the expert.")

For the foregoing reasons, Defendants respectfully requests that the Court enter and order *in limine* limiting Plaintiff to offering only those expert opinions regarding Defendants' alleged liability that were disclosed in Mr. Gomer's report and sufficiently supported by similarly disclosed, and logically related, facts and data.

DATED this 16th day of July, 2012.

FENNEMORE CRAIG, P.C.

By  s/ Scott Day Freeman
Scott Day Freeman
Attorneys for Defendants Purcell Properties, L.P., and Purcell Tire Company

7132149.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7132149.1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Garvey M. Biggers
David R. Penilla
PENILLA METZGER & BIGGERS
202 East Morris Drive
Phoenix, Arizona 85012
Attorneys for Plaintiff


　　　　s/ Nancy Rogitz

7132149.1