

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Christopher Maya, an unmarried adult,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Purcell Properties, LP, a Missouri corporation; Purcell Tire Company, Inc., a Missouri corporation,<br><br>　　　　　　Defendants. | Case No.: CV-11-269-PHX-JAT<br><br>**VERDICT FORMS** |

**(Use Only if You Find for Plaintiff)**

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of plaintiff Adam Maya and find the full damages to be $ 200,000.00 .

We find the relative degrees of fault to be: (If a party or nonparty is not at fault, put a zero (0) on the percentage line for that party or nonparty.)

| Party | Percentage |
|---|---|
| Adam Maya | 25 % |
| Purcell Tire Company and/or Purcell Properties, L.P. | 20 % |
| ABI Lighting & Signs | 55 % |
| Dualite Sales & Service | 0 % |
| **Total:** | 100 % |

_Juror 6_  
Presiding Juror Number

_8/31/12_  
Date

**(Use Only if You Find for All Defendants.)**

We, the Jury, duly empanelled and sworn in the above entitled action, upon our oaths, do find in favor of defendants Purcell Properties, L.P., and Purcell Tire Company.

_____          _____
Presiding Juror Number                                    Date